Certificate Number: 00252-MA-DE 003604999

Bankruptcy Case Number: 08-10554

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on March 15, 2008, at 1:00 o'clock PM ED,

Ellen M Lounsberry completed a course on personal financial

management given by telephone by

Institute for Financial Literacy, Inc.

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the District of Massachusetts.

Date: March 19, 2008    By    /s/Lisa McKenna

Name  Lisa McKenna

Title  Credit Counselor